## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

NOLAN SMITH,

        Petitioner,

vs.                                                  CIVIL ACTION NO.:  CV205-094

JOSE VASQUEZ, Warden,

        Respondent.

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed.  In his Objections, Smith asserts that the Magistrate Judge failed to address his contentions regarding the two (2) point enhancement he received for a state prosecution.  Smith also asserts that the Magistrate Judge misinterpreted the claims he raised in his habeas petition.

Smith's Objections are without merit.  The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.  Smith's petition for writ of habeas corpus, filed pursuant to 28 U.S.C.A. § 2241, is **DISMISSED.**  The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this _28th_ day of _November_, 2005.


_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)